IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 3:18mj 166 (DJN) |
| | ) |
| v. | ) |
| | ) |
| ALONI M. SCOTT, | ) |
| | ) |
| *Defendant.* | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, ALONI M. SCOTT, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 7312459)

On or about September 27, 2018, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, ALONI M. SCOTT, was found operating a motor vehicle on the highways of Virginia, after her license and privilege to operate a motor vehicle had been suspended.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-301.)

                                                G. ZACHARY TERWILLIGER
                                                UNITED STATES ATTORNEY

By: _____/s/_____
             Matthew S. Rich
             Special Assistant United States Attorney
             United States Attorney's Office
             919 East Main Street, Suite 1900
             Richmond, VA 23219
             Phone: (804) 765-1542
             Fax: (804) 765-1950
             matthew.s.rich7.mil@mail.mil